GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BROWN | No.  EDCV 07-0230  JC |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

IT IS SO ORDERED.

    DATED: August 16, 2007

                                              /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE